UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHONA FLORES,

    Plaintiff,

v.   CASE NO: 8:04-cv-2065-T-23MAP

BANK OF AMERICA, N.A.,

    Defendant.
_____/

**ORDER**

The Court is advised that this matter is concluded and will be dismissed. Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate all pending motions and (2) close the file.

ORDERED in Tampa, Florida, on May 10, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy