UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHONA FLORES,

    Plaintiff,

v.     CASE NO: 8:04-cv-2065-T-23MAP

BANK OF AMERICA, N.A.,

    Defendant.
_____/

### ORDER

The plaintiff files (Doc. 28) a notice of voluntary dismissal with prejudice. Rule 41(a), Federal Rules of Civil Procedure. The notice (Doc. 28) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

ORDERED in Tampa, Florida, on June 17, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy